```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Steven Scott Rifkin, et al,<br><br>    Defendants. | Case No. **2:11-cv-03356-JAM-KJN**<br><br>**ORDER RE: STIPULATED DISMISSAL OF DEFENDANT STEVEN SCOTT RIFKIN** |

   IT IS SO ORDERED that Defendant, Steven Scott Rifkin, is hereby dismissed WITHOUT PREJUDICE pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.

Date: 2/16/2012

                         /s/ John A. Mendez_____
                         U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-03356-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com