SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Steven Scott Rifkin, et al,<br><br>    Defendants. | Case No. **2:11-cv-03356-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

    IT IS SO ORDERED that the above-entitled action is dismissed with prejudice as to Defendants Lou Ann Anderson; Cameron Oaks Shopping Centers, L.P.; Betty L. Anderson. Case to remain open against Defendant Eddie La.

Date: 5/25/2012

                                /s/ John A. Mendez_____
                                U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com